## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Tomas Lopez–Sanchez

                          Plaintiff,

v.                                               Case No.: 1:15–cv–03548
                                                                Honorable Michael T. Mason

Aztec Furnishings, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 1, 2015:

      MINUTE entry before the Honorable Michael T. Mason:Status hearing held. Parties' oral motion to dismiss without prejudice pursuant to settlement is granted. If no motion to reinstate is filed by 12/15/15, the matter will be dismissed with prejudice. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.